## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title:                                    Case Number:

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, Sparkles Wages

Attorney name (type or print): Stephanie K. Nathanson

Firm: Law Offices of Stephanie K. Nathanson

Street address: 70 West Madison Street, Suite 3960

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6279321                         Telephone Number: 312-263-9090
(See item 3 in instructions)

Email Address: skn@sknlawoffice.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☐ No |
| Are you a member of the court's trial bar? | ✓ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                  ☐ Appointed Counsel
                                                     If appointed counsel, are you
                                                     ☐ Federal Defender
                                                     ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/2/2015

Attorney signature:    S/ Stephanie K. Nathanson
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015