UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SPARKLES WAGES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  15 C 8935 |
| | ) | |
| UNITED STATES OF AMERICA, MOUNT | ) | Judge Pallmeyer |
| SINAI HOSPITAL MEDICAL CENTER OF | ) | |
| CHICAGO, and SINAI HEALTH SYSTEM, | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case with respect to the United States.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.  See LR 83.16(b).

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Erin E. Kelly
ERIN E. KELLY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9083
erin.kelly@usdoj.gov